IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIO OLIVER    PLAINTIFF
Reg. #25832-009

v.    No. 3:21-cv-43-DPM-PSH

BRENT COX, Jail Administration, Greene
County Jail; DON CRITTENDEN, Assistant
Jail Administrator, Greene County Jail;
CODY KELLEY, Corporal, Greene County
Jail; JAMES GLENN, Sergeant, Greene
County Jail; DAVE BARNUM, Sergeant,
Greene County Jail; and MORGAN
ROBINSON, Officer, Greene County Jail    DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Oliver hasn't updated his address; his mail is still being returned undelivered. *Doc. 6–8*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 April 2021