IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIO OLIVER                                                                PLAINTIFF
Reg. #25832-009

v.                              No. 3:21-cv-43-DPM

BRENT COX, Jail Administration, Greene
County Jail; DON CRITTENDEN, Assistant
Jail Administrator, Greene County Jail;
CODY KELLEY, Corporal, Greene County
Jail; JAMES GLENN, Sergeant, Greene
County Jail; DAVE BARNUM, Sergeant,
Greene County Jail; and MORGAN
ROBINSON, Officer, Greene County Jail                       DEFENDANTS

JUDGMENT

Oliver's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 April 2021